Form B203     2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Western District of Virginia

In re    **C3RS, Inc.**      Case No. **14-61554**

Debtor(s)      Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ Hourly Rates |
   | Prior to the filing of this statement I have received | $ 5,028.80 |
   | Balance Due | $ 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other *(specify)*    Chad C. Koslow

4. The source of compensation to be paid to me is:

   ☐ Debtor    ☒ Other *(specify)*    Chad C. Koslow and Harold H. Woodbury, III

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Other provisions as needed:
   **Legal Services to be extended on an hourly basis**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Legal Services to be extended on an hourly basis**

Form B203 - Continued

2005 USBC, Eastern District of Virginia

## CERTIFICATION

BSB 8/14/14

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 14, 2013
Date

*signature*
Brooke S. Barden, Esq. 74222
*Signature of Attorney*

HARRY JERNIGAN CPA ATTORNEY, P.C.
*Name of Law Firm*
5101 Cleveland Street
Suite 200
Virginia Beach, VA 23462
757-490-2200  Fax: 757-490-0280

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $3,000</u>*
*(For all Cases Filed on or after 10/17/2005)*

### NOTICE TO DEBTOR(S) AND STANDING TRUSTEE PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

Date

*Signature of Attorney*

---